# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON MOTION FOR REHEARING

## NO. 03-13-00655-CV

**M. U., N. T. and E. T., Appellants**

**v.**

**The Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. 12-0824, HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## S U P P L E M E N T A L   O P I N I O N

Appellant M.U. has filed a motion for rehearing in which she asserts, among other grounds, that the district court abused its discretion in granting the Department's request for an extension of the deadline to dismiss the termination suit because, in M.U.'s view, the evidence is insufficient to support a finding of extraordinary circumstances.[1] As support for this contention, M.U. has attached to her motion for rehearing a copy of the reporter's record from the hearing at which the district court granted the extension. This record was not included in the reporter's record on original submission. Having now reviewed that record, we reach the same conclusion that we reached on original submission—M.U. has failed to demonstrate that the district court abused its

---

[1] *See* Tex. Fam. Code § 263.401(b) (requiring finding of extraordinary circumstances before 180-day dismissal deadline may be extended).

discretion in finding that an extension of the dismissal deadline was justified by extraordinary circumstances.[2]

M.U. presents additional grounds for rehearing, but these were sufficiently addressed in our opinion on original submission or otherwise demonstrate no reversible error by the district court. We overrule M.U.'s motion for rehearing.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Filed: April 18, 2014

---

[2] *See In re T.T.F.*, 331 S.W.3d 461, 475-76 (Tex. App.—Fort Worth 2010, no pet.); *see also In re D.W.*, 249 S.W.3d 625, 647 (Tex. App.—Fort Worth 2008, pet. denied) ("An abuse of discretion does not occur where the trial court bases its decisions on conflicting evidence. Furthermore, an abuse of discretion does not occur as long as some evidence of substantive and probative character exists to support the trial court's decision.").

2